CLAY ROBBINS III, SBN 101275
MAGAÑA, CATHCART & MCCARTHY
1801 Avenue of the Stars, Suite 600
Los Angeles, California 90067-5908
Telephone: (310) 553-6630
Facsimile: (310) 407-2295

Attorneys for Plaintiff

Admission Pro Hac Vice to be sought for:

JAMES CRAIG ORR, JR., Texas Bar No. 15313550
MICHAEL HEYGOOD, Texas Bar No. 00784267
ERIC PEARSON, Texas Bar No. 15690472
CHARLES MILLER, Texas Bar No. 24007677
**HEYGOOD, ORR & PEARSON**
2331 W. Northwest Hwy., 2nd Floor
Dallas, Texas 75220
Telephone: (214) 237-9001
Facsimile: (214) 237-9002

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA FRISBY-CADILLO, | Case No.: 3:09-cv-05816-JL |
| Plaintiff, | |
| v. | **STATUS REPORT AND REQUEST FOR POSTPONEMENT OF INITIAL CASE MANAGEMENT CONFERENCE** |
| MYLAN, INC.; MYLAN PHARMACEUTICALS, INC.; MYLAN TECHNOLOGIES, INC.; ALZA CORPORATION; JANSSEN PHARMACEUTICA PRODUCTS, L.P.; JANSSEN, L.P.; JANSSEN PHARMACEUTICA, INC., and ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., | |
| Defendants. | |

-1-
STATUS REPORT AND REQUEST FOR POSTPONEMENT OF INITIAL CASE MANAGEMENT CONFERENCE

This Court has ordered that a Rule 26(f) Report be filed with this Court on or before March 17, 2010 and an initial case management conference be held on March 24, 2010. However, the Defendants have not yet made an appearance in this matter and it is not anticipated that they will make an appearance in this matter prior to March 24, 2010. As a result, it is not possible to comply with the Court's order to have a joint Rule 26(f) Report filed by March 17, 2010 and does not seem to be a productive use of the Court's time to conduct a case management conference on March 24, 2010. As a result, Plaintiff respectfully asks the Court to extend such deadline for the filing of such Rule 26(f) Report until May 31, 2010 and reset the initial case management conference thereafter.

## FACTUTAL BACKGROUND

Plaintiff, Linda Frisby-Cadillo, has brought this wrongful death lawsuit stemming from the death of Felix Cadillo. In short, Felix Cadillo died while wearing a prescription fentanyl pain patch which Plaintiff has alleged was defective and killed Felix Cadillo. Plaintiff has sued the several companies that she is alleging bears legal responsibility for such.

Initially, Plaintiff sued Mylan, Inc., Mylan Pharmaceuticals, Inc. and Mylan Technologies, Inc. ("Mylan Defendants"). However, before the Mylan Defendants were served with service of process, Plaintiff amended her complaint and added several additional companies who she alleges also bear legal responsibility for Felix Cadillos' death: ALZA Corporation, Janssen Pharmaceutica Products, L.P., Janssen Pharmaceutica, Inc. and Ortho-McNeil-Janssen ("ALZA Defendants").

Summons have now been issued for all defendants and Plaintiff is in the process of obtaining service of process upon all defendants. The statutory deadline to have such service of process completed is April 23, 2010 (120 days from the filing of Plaintiff's Amended Complaint). Plaintiffs fully anticipate that all defendants will be served by such timeframe.

After the summons have been served upon the defendants, the defendants will have their statutory timeframe in which to file a responsive pleading herein.

## RELIEF SOUGHT

For all the foregoing reasons, Plaintiff respectfully requests that the Court move the deadline for the filing of the joint Rule 26(f) Report until May 31, 2010 – which will be after all defendants

have been served, appeared in this matter and have an opportunity to discuss the issues required by Rule 26 of the Federal Rules of Civil Procedure.

Plaintiff further requests that the Court reschedule the March 24, 2010 initial case management conference in June 2010.

Dated: 3/3/2010

MAGAÑA, CATHCART & MCCARTHY

By _____/s/ Clay Robbins_____
CLAY ROBBINS III, ESQ.

Attorney for Plaintiff

The Case Management Conference is hereby continued to June 30, 2010 at 10:30 a.m.

Date: March 5, 2010



IT IS SO ORDERED
Judge James Larson

-3-
STATUS REPORT AND REQUEST FOR POSTPONEMENT OF INITIAL CASE MANAGEMENT CONFERENCE