IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| LINDA FRISBY-CADILLO, | No. C 09-05816 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | CORRECTED (2ND) |
| MYLAN, INC., | |
| Defendant.                                    / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 10, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 5, 2011

DESIGNATION OF EXPERTS: Pltf.5/6/11, Deft. 6/3/11; REBUTTAL: 8/5/11.
         Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 31, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by October 28, 2011;

         Opp. Due November 4, 2011;  Reply Due November 21, 2011;

          and set for hearing no later than December 2, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 10, 2012 at 3:30 PM.

JURY TRIAL DATE: January 23, 2012 at 8:30 AM.,
         Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:


The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.


Dated: _____                    _____
                                           SUSAN ILLSTON
                                           United States District Judge