| | |
|---|---|
| 1 | Jennifer Randlett Madden |
|   | Meghan Baker |
| 2 | DOWNEY BRAND |
|   | 621 Capitol Mall, 18th Floor |
| 3 | Sacramento, CA  95814 |
|   | Telephone:  (916) 520-5306 |
| 4 | Facsimile:  (916) 520-5706 |
|   | jmadden@downeybrand.com |
| 5 | mbaker@downeybrand.com |
| 6 | |
| 7 | CLEM C. TRISCHLER |
|   | cct@pietragallo.com |
|   | *Admitted Pro Hac Vice* |
| 8 | PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP |
|   | One Oxford Centre, 38th Floor |
| 9 | Pittsburgh, PA  15219 |
|   | Telephone:  (412) 263-2000 |
| 10 | Facsimile:  (412) 263-2001 |
| 11 | Attorneys for Defendants |
|    | Mylan Inc.; Mylan Pharmaceuticals Inc.; |
| 12 | Mylan Technologies Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| LINDA FRISBY-CADILLO, | CASE NO. 3:09-CV-05816-SI |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| v. | |
| MYLAN, INC.; MYLAN PHARMACEUTICALS, INC.; MYLAN TECHNOLOGIES, INC.; ALZA CORPORATION; JANSSEN PHARMACEUTICA PRODUCTS, L.P.; JANSSEN, L.P.; JANSSEN PHARMACEUTICA, INC.; and ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., | |
| Defendants. | |

TO THE COURT, PLAINTIFF, AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants, Mylan Inc., Mylan Pharmaceuticals Inc., and Mylan Technologies, Inc., hereby substitute Downey Brand LLP, 621 Capitol Mall, 18th Floor, Sacramento, CA 95814, as their attorneys of record in place and instead of Greenberg Traurig, LLP.

I have read and consent to this substitution.

Dated: February 24, 2011

MYLAN INC.
MYLAN PHARMACEUTICALS INC.
MYLAN TECHNOLOGIES INC.

By: _____
Brian Cuthberson
Litigation Counsel
Mylan Inc.

I agree to the above substitution.

Dated: February 24, 2011

GREENBERG TRAURIG, LLP

By: _____
M. Theresa Tolentino Meehan

I accept the above substitution.

Dated: February 24, 2011

DOWNEY BRAND LLP

By: _____
Jennifer Randlett Madden
Meghan Baker

IT IS SO ORDERED.

Dated: 2/28/11, 2011

_____
Judge of the District Court

1
Case No. 3:09-cv-05816-SI
SUBSTITUTION OF ATTORNEYS