1

2  DOWNEY BRAND LLP
   JENNIFER RANDLETT MADDEN (Bar No. 184905)
   MEGHAN M. BAKER (Bar No. 243765)
3  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
4  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
5  jmadden@downeybrand.com
   mbaker@downeybrand.com
6
   CLEM C. TRISCHLER
7  *Pro Hac Vice*
   PIETRAGALLO GORDON ALFANO
8  BOSICK & RASPANTI, LLP
   One Oxford Centre, 38th Floor
9  Pittsburgh, PA 15219
   Telephone:  (412) 263-2000
10 Facsimile (412) 263-2001
   cct@pietragallo.com
11 jmr@pietragallo.com

12
   Attorneys for Defendants
13 Mylan Inc.; Mylan Pharmaceuticals Inc.; Mylan
   Technologies Inc.
14

15                 UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17

18 LINDA FRISBY-CADILLO,                    CASE NO.  3:09-cv-05816-SI

       Plaintiff,                           **STIPULATION AND P~~ROPOSED~~
19                                          ORDER TO CONTINUE THE
   v.                                       HEARING ON THE MOTION FOR
20                                          SUMMARY JUDGMENT OR, IN THE
                                            ALTERNATIVE, SUMMARY
   MYLAN, INC.;                             ADJUDICATION, AND DAUBERT
21 MYLAN PHARMACEUTICALS, INC.; and         MOTIONS**
   MYLAN TECHNOLOGIES, INC.,
22
       Defendants.
23
                                            Date:      December 9, 2011
24                                          Time:      9:00 a.m.
                                            Crtrm:     10
25                                          Judge:     Susan Illston

26

27     WHEREAS, on October 28, 2011 Defendants Mylan Inc., Mylan Pharmaceuticals Inc.,

28 and Mylan Technologies Inc. (hereinafter collectively referred to as "Defendants"), filed their

STIP AND PROPOSED ORDER TO CONTINUE HEARING ON MSJ AND DAUBERT MOTIONS

1   Motion for Summary Judgment, or in the Alternative, Summary Adjudication (hereinafter

2   referred to as "Motion for Summary Judgment");

3          WHEREAS, the Court's original scheduling order required Plaintiff Linda Frisby-

4   Cadillo's (hereinafter referred to as "Plaintiff") response to Defendants' Motion for Summary

5   Judgment to be filed on November 4, 2011, and Defendants' reply thereto to be filed on

6   November 21, 2011;

7          WHEREAS, on November 2, 2011, Plaintiff filed an Unopposed Motion to Alter the

8   Summary Judgment Briefing Deadlines, wherein she requested that the Court modify the Motion

9   for Summary Judgment deadlines to the following:

10          1) Plaintiff's response due on November 18, 2011, and

11          2) Defendants' reply due on November 25, 2011;

12          WHEREAS, on November 3, 2011, the Court granted Plaintiff's Unopposed Motion to

13   Alter the Summary Judgment Briefing Deadlines;

14          WHEREAS, on that same date, the Court, sua sponte, reset the hearing date for the

15   Motion for Summary Judgment to December 9, 2011;

16          WHEREAS, on December 9, 2011, the Court is also scheduled to hear Defendants'

17   Motion to Preclude the Testimony of Iain McIntyre, P.h.D., Motion to Exclude the Testimony of

18   Bozena Michniak-Kohn, and Motion to Exclude The Testimony of Suzanne Parisian (herein

19   collectively referred to as "Daubert Motions"); and

20          WHEREAS, the parties will be partaking in settlement negotiations on December 8, 2011,

21   in Pittsburgh, Pennsylvania, and hope to come to a resolution that will render the December 9,

22   2011 hearings unnecessary.

23          THEREFORE, the parties hereby agree and stipulate, and respectfully request, that the

24   Court continue the hearing on both the Motion for Summary Judgment and the Daubert Motions

25   to **January 13, 2012**.

26

27

28

STIP AND PROPOSED ORDER TO CONTINUE HEARING ON MSJ AND DAUBERT MOTIONS

1   DATED:  December 6, 2011            PIETRAGALLO GORDON ALFANO BOSICK &
                                        RASPANTI, LLP
2

3                                       By:/s/ *Clem C. Trischler*
                                              Clem C. Trischler,
4                                             *Admitted Pro Hac Vice*
                                              Attorneys for Defendants
5                                       Mylan Inc.; Mylan Pharmaceuticals Inc.; and Mylan
                                              Technologies Inc.
6

7

8   DATED:  December 6, 2011            HEYGOOD ORR & PEARSON

9

10                                      By:/s/ *Eric D. Pearson* (authorized on 12/6/11)
                                              Eric D. Pearson
11                                      Attorney for Plaintiff Linda Frisby-Cadillo

12

13

14  IT IS SO ORDERED.

15

16  Dated:  ____12/7/11____
                                        _____
                                              United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

1202283.1                                        3                    Case No.  3:09-cv-05816-SI

STIP AND PROPOSED ORDER TO CONTINUE HEARING ON MSJ AND DAUBERT MOTIONS