DOWNEY BRAND LLP
JENNIFER RANDLETT MADDEN (Bar No. 184905)
MEGHAN M. BAKER (Bar No. 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
jmadden@downeybrand.com
mbaker@downeybrand.com

CLEM C. TRISCHLER
*Pro Hac Vice*
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Telephone:  (412) 263-2000
Facsimile (412) 263-2001
cct@pietragallo.com
jmr@pietragallo.com

Attorneys for Defendants
Mylan Inc.; Mylan Pharmaceuticals Inc.; Mylan Technologies Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA FRISBY-CADILLO,<br><br>    Plaintiff,<br><br>v.<br><br>MYLAN, INC.;<br>MYLAN PHARMACEUTICALS, INC.; and<br>MYLAN TECHNOLOGIES, INC.,<br><br>    Defendants. | CASE NO.  3:09-cv-05816-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DEADLINE OF MOTIONS IN LIMINE AND JOINT PRETRIAL CONFERENCE STATEMENT**<br><br>Date:     January 10, 2012<br>Time:     3:30 p.m.<br>Crtrm:    10<br>Judge:    Susan Illston |

WHEREAS, a Pretrial Conference is set for January 10, 2012 at 3:30 p.m. for the above-captioned action;

/ / /

WHEREAS, the Court's Pretrial Instructions require Motions in Limine and a Joint Pretrial Conference Statement be filed fourteen days prior to the Pretrial Conference, specifically, on December 27, 2011;

WHEREAS, counsel for Plaintiff Linda Frisby-Cadillo (hereinafter referred to as "Plaintiff") and Defendants Mylan, Inc., Mylan Pharmaceuticals, Inc., and Mylan Technologies, Inc. (hereinafter collectively referred to as "Defendants") have met and conferred in preparation of filing the Joint Pretrial Conference Statement; and

WHEREAS, the parties require one additional day to prepare and finalize the Joint Pretrial Conference Statement and their respective Motions in Limine;

THEREFORE, the parties hereby agree and stipulate, and respectfully request, that the Court extend the deadline to file the Joint Pretrial Conference Statement and Motions in Limine to **December 28, 2011**.

DATED: December 22, 2011         PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

By: /s/ *Clem C. Trischler*
Clem C. Trischler,
*Admitted Pro Hac Vice*
Attorneys for Defendants
Mylan Inc.; Mylan Pharmaceuticals Inc.; and Mylan Technologies Inc.

DATED: December 22, 2011         HEYGOOD ORR & PEARSON

By: /s/ *Eric D. Pearson* (authorized on 12/22/11)
Eric D. Pearson
Attorney for Plaintiff Linda Frisby-Cadillo

IT IS SO ORDERED.

Dated: 12/27/11

**United States District Judge**